# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER JONAS, et al., | Case No. 2:16-cv-03026-JAD-VCF |
| Plaintiff(s), | |
| vs. | ORDER |
| NYE COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendant(s). | |

An ENE is currently scheduled in this case for April 25, 2017. *See* Docket No. 14. Due to conflicting duties of the Court, that ENE is hereby **ADVANCED** to 9:30 a.m. on March 22, 2017. In the event that any of the required participants are unavailable on this new date, the parties shall file a stipulation with five alternative dates on which all required participants are available. Such stipulation shall be filed by February 22, 2017.

ENE statements shall be submitted no later than March 15, 2017. All other requirements outlined at Docket No. 14 continue to govern.

IT IS SO ORDERED.

Dated: February 15, 2017

_____
Nancy J. Koppe
United States Magistrate Judge