Case 2:16-cv-03026-JAD-VCF   Document 16   Filed 02/21/17   Page 1 of 2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Jonas, an individual; James Brian Jonas, an individual,<br><br>    Plaintiffs<br><br>v.<br><br>Nye County Sheriff's Department, et al.,<br><br>    Defendants | 2:16-cv-03026-JAD-VCF<br><br>**Order Granting Unopposed Motion to Dismiss Claims against Anthony Demeo, Richard Marshall, and Anthony Medina**<br><br>[ECF No. 11] |

In this employment lawsuit, the plaintiffs—married, retired peace officers with the Nye County Sheriff's Office—sue the department, the county, and various individuals under Title VII and Nevada's equivalent, NRS Chapter 613, for gender discrimination, tortious discharge, retaliation, sexual harassment, and hostile work environment.[1]  Individual defendants Anthony Demeo, Richard Marshall, and Anthony Medina move to dismiss all claims against them.[2] Plaintiffs have not opposed the motion, and the deadline for response has passed without any request for an extension.  Local Rule 7-2(d) states that the "failure of an opposing party to file points and authorities in response to" a motion to dismiss "constitutes a consent to the granting of the motion."[3]  I invoke LR 7-2(d), deem the plaintiffs' failure to oppose this motion to dismiss as consent to granting the motion; accordingly,

IT IS HEREBY ORDERED that Anthony Demeo, Richard Marshall, and Anthony Medina's Motion to Dismiss **[ECF No 11] is GRANTED**; all claims against these defendants are DISMISSED;

---

[1] ECF No. 1.

[2] ECF No. 11.  Any opposition was due by 2/9/17.

[3] Nev. L.R. 7-2(d).

IT IS FURTHER ORDERED that **the hearing** on this motion, scheduled for 4/3/17 at 2:30 p.m., **is VACATED**.

DATED: February 21, 2017

_____
Jennifer A. Dorsey
United States District Judge

2