**DARREN J. WELSH, CHARTERED**
**DARREN J. WELSH, ESQ.**
Nevada Bar No. 004791
6765 S. Eastern Avenue, Suite 2
Las Vegas, Nevada 89119
(702) 733-9310 phone
(702) 862-4576 fax
Email: darren@dwelshlaw.com
Attorney for Plaintiffs
  Jennifer Jonas and James Brian Jonas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER JONAS, an individual, JAMES BRIAN JONAS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> NYE COUNTY SHERIFF'S DEPARTMENT, a Political Subdivision of Nye County, State of Nevada; NYE COUNTY, a Political Subdivision of the State of Nevada; ANTHONY DEMEO, individually and in his capacity of Sheriff of Nye County, Nevada; RICHARD MARSHALL, individually and in his capacity as Assistant Sheriff of Nye County, Nevada; ANTHONY MARK MEDINA, individually and in his capacity as Lieutenant of Nye County, Nevada; DOES 1 through 100, inclusive; and ROE ENTITIES 1 through 100, inclusive, <br><br> Defendants. | CASE NO.: 2:16-cv-03026-JAD-VCF <br><br> **PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE DISCOVERY PLAN AND SCHEDULING ORDER [FIRST REQUEST]** |

**COME NOW,** Plaintiffs James Brian Jonas and Jennifer Jonas, (collectively referred to

as "Plaintiffs Jonas"), by and through their counsel of record, Darren J. Welsh, Esq. of the law

DARREN J. WELSH, CHARTERED                                              Page 1
6765 S. Eastern Avenue, Suite 2
Las Vegas, Nevada 89119
(702) 733-9310 phone

firm Darren J. Welsh, Chartered, and hereby submit their first Application for a forty-five day

extension of time to file the Discovery Plan and Scheduling Order currently due by March 12,

2017.  This Motion is based upon the attached Memorandum of Points and Authorities, all

papers and pleadings on file herein, any any oral argument this Court may entertain at the time

of any hearings on the matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   BACKGROUND

This matter is a Title VII of the Civil Rights Act of 1964, as amended, action filed with

this Court on December 29, 2016 against Defendants Nye County Sheriff's Department, Nye

County, Anthony DeMeo, Richard Marshall and Anthony Mark Medina. The Defendants

Anthony DeMeo, Richard Marshall and Anthony Mark Medina were each timely served with

their respective Summons and Complaint. Defendants Nye County Sheriff's Department and

Nye County executed a Waiver of Service via their counsel Rebecca Bruch of the law firm

Erickson Thorpe & Swainston, Ltd. on January 17, 2017, with the Court Ordering and their

answer due date of March 18, 2017.  On January 24 2017, Defendants Anthony DeMeo,

Richard Marshall and Anthony Mark Media, by and through their counsel of record, Nicholas

Crosby of Marquis & Aurbach, filed their Motion to Dismiss Plaintiffs' Complaint [Document

11].  The Court ordered the Discovery Plan/Scheduling Order due by March 12, 2017. Plaintiffs'

filed their Notice of Non-Opposition to Defendants DeMeo's, Marshall's and Medina's Motion

to Dismiss [Document 21]; and on February 21, 2017, the Court granted said Motion to Dismiss

[Document 16]. This matter was assigned to the Early Neutral Evaluation Program and set for

the ENE Session on April 25, 2017 and this date was advanced due to conflicting duties of the

DARREN J. WELSH, CHARTERED                                      Page 2
6765 S. Eastern Avenue, Suite 2
Las Vegas, Nevada 89119
(702) 733-9310 phone

PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE DISCOVERY PLAN
AND SCHEDULING ORDER [FIRST REQUEST]

Court to March 22, 2017 [Document 15]. Due to further scheduling conflicts of counsel, the ENE session was reset for May 3, 2017 [Document 23].

## II.    **STATEMENT OF FACTS**

Plaintiffs Jonas have dismissed Defendants Anthony DeMeo, Richard Marshall and Anthony Mark Medina from this action. The remaining Defendants, Nye County Sheriff's Department and Nye County, have until March 18, 2017 in which to answer Plaintiffs' Complaint. The Court has set the due date for the Discovery Plan and Scheduling Order for March 12, 2017. However, in light of the fact that Defendants Nye County Sheriff's Department and Nye County have not yet answered Plaintiffs' Complaint, an extension of time of forty-five (45) days is requested to enable the parties to formulate the Discovery Plan.

## III.    **LEGAL ARGUMENT**

L.R. 26-1 sets forth the Discovery Plans and Mandatory Disclosures.

> Fed. R. Civ. P. 26(f) Meeting: Filing and Contents of Discovery Plan and Scheduling Order.

> The pro se plaintiff or plaintiff's attorney must initiate the scheduling of the conference required by Fed. r. Civ. P. 26(f) to be held within 30 days after the first defendant answers or otherwise appears.

In this instance, Defendants Nye County Sheriff's Department and Nye County have until March 18, 2017 in which to answer Plaintiffs' Complaint. The current deadline for the Discovery Plan/Scheduling Order is March 12, 2017, or six (6) days BEFORE their answer is due.

DARREN J. WELSH, CHARTERED                                    Page 3
6765 S. Eastern Avenue, Suite 2
Las Vegas, Nevada 89119
(702) 733-9310 phone

PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE DISCOVERY PLAN
AND SCHEDULING ORDER [FIRST REQUEST]

IV.    **CONCLUSION**

    **THEREFORE**, based on the above, Plaintiffs Jonas respectfully request that the Court vacate the March 12, 2017 deadline for filing the Discovery Plan/Scheduling Order and reset it to forty-five days after March 12, 2017 or April 26, 2017, to enable the remaining Defendants time to file their answer to Plaintiffs' Complaint and for the Parties to formulate their discovery plan and scheduling dates.

    **DATED** this 10th day of March, 2017.

                                    Respectfully Submitted:


                                    **DARREN J. WELSH, CHARTERED**

                                    /s/ Darren J. Welsh, Esq.
                                    Darren J. Welsh, Esq.
                                    Nevada Bar No. 004791
                                    6765 S. Eastern Avenue, Suite 2
                                    Las Vegas, Nevada 89119
                                    (702) 733-9310 phone
                                    (702) 862-4576 fax
                                    Email: darren@dwelsh.com
                                    Attorney for Plaintiffs Jennifer Jonas
                                    and James Brian Jonas


                                        **IT IS SO ORDERED.**


                                    _____
                                    **UNITED STATES MAGISTRATE JUDGE**
                                    Dated this 13th day of March, 2017.

DARREN J. WELSH, CHARTERED                                    Page 4
6765 S. Eastern Avenue, Suite 2
Las Vegas, Nevada 89119
(702) 733-9310 phone

PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE DISCOVERY PLAN
AND SCHEDULING ORDER [FIRST REQUEST]