# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER JONAS, et al., | Case No. 2:16-cv-03026-JAD-VCF |
| Plaintiff(s), | |
| vs. | ORDER |
| NYE COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation for a hearing as to whether a non-disparagement provision is part of the settlement, *see* Docket No. 40, which is **GRANTED**. The Court **SETS** a telephonic hearing for 10:00 a.m. on June 30, 2017. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: June 28, 2017

_____
Nancy J. Koppe
United States Magistrate Judge